The People of the State of New York ex rel. Peter A. Finley, Respondent, *v.* Thomas H. Gorman, Appellant.

*Municipal corporations — Saratoga Springs (city of) — city council — deputy commissioner of public safety does not succeed to duties of resigned commissioner as member of city council.*

*People ex rel. Finley v. Gorman*, 219 App. Div. 466, affirmed.

(Argued May 3, 1927; decided May 31, 1927.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 24, 1927, which affirmed an order of Special Term denying a motion by defendant for a dismissal of the complaint. The action was to

enjoin the defendant from voting as a member of the city council of the city of Saratoga Springs. The commissioner of public safety, who was by law a member of the council, having resigned, defendant, as his deputy, claimed the right to sit and vote in the council in his place and stead.

The following questions were certified:

" 1. Does plaintiff's complaint herein state a cause of action?

" 2. Has the defendant, Gorman, a right to vote in the City Council of the City of Saratoga Springs until such time as a new Commissioner of Public Safety be chosen? "

*Spencer B. Eddy* for appellant.

*Benjamin K. Walbridge* for respondent.

Order affirmed, with costs; first question certified answered in the affirmative, second question in the negative. Held, that under the wording of the charter of the city of Saratoga Springs, the deputy of the commissioner of public safety does not succeed upon the resignation of a commissioner to the duties of such commissioner as a member of the council.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.